377 A.2d 188

Commonwealth v. Thomas, Appellant.

Submitted December 6, 1976. George Gershenfeld, for appellant; Duane C. Felton, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 188

Commonwealth v. Thompson, Appellant.

Submitted June 14, 1976. Joel Every and Robert G. Wexler, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded to the court below to permit appellant to file post-trial motions, *nunc pro tunc.*